In the Matter of MANLIO S. SEVERINO, an Attorney, Respondent. WEST-CHESTER COUNTY BAR ASSOCIATION, Petitioner.

Beldock, P. J., Ughetta, Christ, Rabin and Benjamin, JJ., concur.